# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STACEY HILL,

                              **Plaintiff,**

-vs-                                                    **Case No.  6:06-cv-1575-Orl-28KRS**

DOLGENCORP, INC.,

                              **Defendant.**

_____

## ORDER

This case is before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. No. 14) filed March 26, 2007.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed April 12, 2007 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion to Dismiss (Doc. 14) is **GRANTED**.

3.    This case is dismissed without prejudice for failure to prosecute and failure to abide by orders of the Court.

4.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 2nd day of May, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

-2-